FILED IN
COURT OF CRIMINAL APPEALS

January 20, 2015

ABEL ACOSTA, CLERK

PD-0635-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/20/2015 8:58:34 AM
Accepted 1/20/2015 11:53:07 AM
ABEL ACOSTA
CLERK



# Nicholas "Nico" LaHood
Criminal District Attorney
Bexar County, Texas

January 20, 2015

MR. ABEL ACOSTA
*Clerk of the Court*
COURT OF CRIMINAL APPEALS OF TEXAS
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

Re:   **Additional Citations**
      *Daniel James Weems v. State of Texas*, No. PD-0635-14

Dear Mr. Acosta:

Since this case was submitted on oral argument (November 19, 2014), the Court of Appeal of California, Fourth Appellate District has issued a decision resolving a case with facts similar to the present case before this Court. When deciding the fourth ground in the petition for discretionary review, the State respectfully asks the Court to consider the opinion in *People v. Toure*, No. E058915, 2015 Cal. App. LEXIS 2 (Cal. Ct. App. Jan. 5, 2015). In analyzing a point of error regarding exigent circumstances, the court of appeal observed numerous factors. No single factor appears to be dispositive of the court's analysis; however, the court does focus on the lack of cooperation on the part of the suspect and noted that the "situation facing the officers was not one in which the sole consideration was the natural dissipation of alcohol in the blood as the sole basis for finding an exigency." *Id.* at *13–15. Accordingly, the court found that a

compelled blood draw satisfied the exigency requirements of *Schmerber* and *McNeely*.

Respectfully submitted,

/s/ *Nathan E. Morey*

NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva, Suite 370
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attorney for the State of Texas*

**cc:** JUSTIN A. FISCHER
*Attorney at Law*
State Bar No. 24065233
8000 Interstate Highway 10 West, Suite 1500
San Antonio, Texas 78230
Voice: (210) 341-4070
Fax: (210) 341-4459
Email: justinfischerlaw@gmail.com
*Attorney for Appellant*